151 A.3d 972

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. TORMU PRALL, DEFENDANT-PETITIONER.

September 23, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-004611-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

151 A.3d 972

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
JACQUE V. RANDALL, DEFENDANT-PETITIONER.

September 23, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001479-15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.